UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06CR52 RWS |
| | ) | |
| GARY E. SUTTON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Defendant's motion to suppress physical evidence. Pursuant to 28 U.S.C. § 636(b), the motion was referred to United States Magistrate Judge Lewis M. Blanton. An evidentiary hearing was held on July 10, 2006, and thereafter Judge Blanton filed his Report and Recommendation regarding Defendant's motion.

After careful consideration, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Blanton set forth in support of his recommended rulings issued on August 4, 2006.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#48] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's motion to suppress physical evidence [#37] is **DENIED**.

Dated this 7th day of September, 2006.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE